(Official Form 1) (12/03)

**FORM B1** — United States Bankruptcy Court, SOUTHERN District of NEW YORK — **Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle): VIP Yacht Cruises, Inc., A New York Corporation | **Name of Joint Debtor** (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): NONE | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all) 11-3194737 | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): 1500 Harbor Blvd. Weehawken NJ 07086 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Hudson | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): SAME | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (If different from street address above): New York County New York New York

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [X] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [ ] Individual(s)
- [X] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7   [X] Chapter 11   [ ] Chapter 13
- [ ] Chapter 9   [ ] Chapter 12
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business   [X] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [X] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)   THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors:
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts:
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Official Form 1) (12/03) West Group Rochester NY

FORM B1, Page 2

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
VIP Yacht Cruises, Inc., A New York Corporation

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| Atlantica NY Yacht Cruises Inc | | |
| **District:** | **Relationship:** | **Judge:** |
| Southern | Affiliate | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _____/s/Barton Nachamie_____
Signature of Attorney for Debtor(s)

Lewis A. Sassoon   442600  & Barton Nachamie
Printed Name of Attorney for Debtor(s)   BN-6732

Sassoon & Cymrot LLP   Todtaman, Nachamie,
Firm Name                Spizz & Johns, P.C.
84 State Street        425 Park Avenue
Address

Boston MA   02109   New York, NY 10022
                    212.754.9400
617-720-0099        August 26, 2005
Telephone Number    Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Mark Philipps (signed)_____
Signature of Authorized Individual

Mark Philipps
Printed Name of Authorized Individual

President
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)   Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR**

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *DMV International Yachts, Inc.* | | |
| District: | Relationship: | Judge: |
| *Southern* | *Affiliate* | |

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *Camelot/DMV, Inc.* | | |
| District: | Relationship: | Judge: |
| *Southern* | *Affiliate* | |

## VIP YACHT CRUISES, INC.

## SECRETARY'S CERTITICATE

The undersigned, being the duly authorized Secretary of VIP Yacht Cruises, Inc. ("Corporation"), a New York corporation, hereby certifies as follows:

Attached hereto as <u>Exhibit A</u> are the resolutions duly adopted by the Board of Directors of the Corporation on August 24, 2005, in accordance with the requirements of applicable New York law. Such resolutions were adopted after a duly noticed meeting of the Board of Directors.

**IN WITNESS WHEREOF** the undersigned has executed this Secretary's Certificate on the 24 day of August, 2005.

Victor Becker

By: _____
Name:
Title: Secretary

# Exhibit A

# VIP YACHT CRUISES, INC.

Resolution of the Board of Directors

August 24, 2005

The Board of Directors of VIP Yacht Cruises, Inc., a New York corporation (the "Corporation"), hereby adopts the following resolutions, effective as of the date set forth above:

NOW THEREFORE, BE IT

**RESOLVED:** That the Corporation seek relief under Chapter 11 of the United States Bankruptcy Code.

**RESOLVED:** That Mark Philipps, as the Corporation's president, be and hereby is authorized and empowered, for and on behalf of the Corporation and in its corporate name, to execute, acknowledge, and verify a petition for relief under Chapter 11 of the United States Bankruptcy Code, and to cause the same to be filed with the United States Bankruptcy Court for the District of New York and to execute and file such other instruments, schedules and other papers, and to take any and all other action which said officer, so acting, may be necessary or proper in connection with said Chapter 11 proceedings.

**RESOLVED:** That Lewis A. Sassoon and the firm of Sassoon & Cymrot, LLP (collectively, the "Firm") be, and it hereby is, retained as counsel to represent the Corporation in the matter of the aforementioned proceedings under Chapter 11. It is in the Firm's discretion to hire and consult with local counsel as the Firm deems necessary.

**RESOLVED:** That the proper officers of this Corporation be and they are, and each of them singly is, hereby authorized from time to time, in the name and on behalf of this Corporation, and under its corporate seal, if necessary, to execute, make oath to, acknowledge and deliver any and all such orders, direction, certificates and other instruments and papers, and to do or cause to be done any and all such other acts and things, as may, in his or their judgment, be necessary, desirable, appropriate or convenient in connection with the consummation of the transactions contemplated by the foregoing resolutions.

This writing shall be filed with the records of the minutes of the meetings of the stockholders of VIP Yacht Cruises, Inc. and shall be for all purposes treated as a vote taken at a meeting.

_____
Mark Philipps, Director

_____
Victor Becker, Director

Dated: August 24, 2005