TODTMAN, NACHAMIE, SPIZZ & JOHNS, P.C.
Proposed Counsel to **Atlantica NY Yacht
 Cruises, Inc., VIP Yacht Cruises, Inc.,
 DMV International Yachts, Inc.** and
 **Camelot/DMV, Inc.**
Debtors and Debtors-in-Possession
425 Park Avenue
New York, NY  10022
 (212) 754-9400
Barton Nachamie (BN-6732)
Arthur Goldstein (AG-8735)
Jill L. Makower (JM-4842)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| In re: | : | Chapter 11 |
|---|---|---|
| ATLANTICA NY YACHT CRUISES, INC., | : | Case No. 05-17047(SMB) |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| In re: | : | Chapter 11 |
|---|---|---|
| DMV INTERNATIONAL YACHTS, INC., | : | Case No.: 05-17048(SMB) |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| In re: | : | Chapter 11 |
|---|---|---|
| VIP YACHT CRUISES, INC., | : | Case No.: 05-17049(SMB) |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| In re: | : | Chapter 11 |
|---|---|---|
| CAMELOT/DMV, INC. | : | Case No.: 05-17050(SMB) |
| Debtor. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEBTORS' MOTION PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR ORDER DIRECTING <u>JOINT ADMINISTRATION OF CHAPTER 11 CASES</u>**

**TO: THE HONORABLE STUART M. BERNSTEIN
 CHIEF UNITED STATES BANKRUPTCY JUDGE**

203640.1

Atlantica NY Yacht Cruises, Inc., VIP Yacht Cruises, Inc., DMV International Yachts, Inc. and Camelot/DMV, Inc., the above-captioned Chapter 11 debtors and debtors-in-possession (collectively, the "Debtors"), by and through their proposed counsel, Todtman, Nachamie, Spizz & Johns, P.C., submit this motion for the entry of an order authorizing and directing the joint administration, for procedural purposes only, of the above-captioned Chapter 11 cases. In support of the Motion, the Debtors respectfully represent the following:

## BACKGROUND

1. On August 28, 2005, Atlantica NY Yacht Cruises, Inc. filed with this Court a voluntary petition for relief under Chapter 11, Title 11, United States Code, 11 U.S.C. §101, et seq. (the "Bankruptcy Code"), Case No. 05-17047(SMB).

2. On August 28, 2005, DMV International Yachts, Inc. filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, Case No. 05-17048(SMB).

3. On August 28, 2005, VIP Yacht Cruises, Inc. filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, Case No. 05-17049(SMB).

4. On August 28, 2005, Camelot/DMV, Inc. filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, Case No. 05-17050(SMB).

5. The Debtors are New York corporations engaged in the business of providing yacht cruise services.

## JURISDICTION AND STATUTORY PREDICATES

6. This Court has jurisdiction to consider this motion pursuant to 28 U.S.C. §§157 and 1334. Consideration of this Motion is a core proceeding pursuant to 28 U.S.C.

§157(b).  Venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§1408 and 1409.  The statutory predicates for the relief sought herein are §105 of the Bankruptcy Code and Rule 1015 of the Federal Rules of Bankruptcy Procedure.

## RELIEF REQUESTED

7. By this motion, the Debtors, which are affiliates as that term is defined in §101(2) of the Bankruptcy Code, request that the annexed order be entered providing for the joint administration of these Chapter 11 cases in accordance with Bankruptcy Rule 1015(b).  Rule 1015(b) authorizes the entry of an order for the joint administration of the estates of affiliates.  Rule 1015(b) provides, in relevant part:

> If a joint petition or two or more petitions are pending in the same court by or against. . . a debtor and an affiliate, the court may order a joint administration of the estates.

Fed.R.Bankr.P. 1015(b).

8. The Debtors submit that joint administration of their cases will obviate the need for duplicative notices, motions, applications and orders, and thereby save considerable time and expense for the Debtors and their estates.

9. The rights of the respective creditors of the Debtors will not be adversely affected by the proposed joint administration because the Debtors will continue as separate and distinct legal entities and separate books and records will continue to be maintained for each.  Moreover, each creditor may still file its claim against a particular estate.  In fact, the rights of all creditors will be enhanced by the reduction in costs resulting from the joint administration.  The Court also will be relieved of the burden of entering duplicative orders and maintaining redundant files.  Finally, supervision of the

administrative aspects of these Chapter 11 cases by the Office of the United States Trustee will be simplified.

10. By reason of the foregoing, the Debtors submit that the interests of the Debtors, their estates, and all parties in interest would best be served by joint administration of the above-captioned cases.

11. Accordingly, the Debtors respectfully request that the caption of their cases be modified to reflect the joint administration of these Chapter 11 cases, as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------- x
**In re:**                                                         :          **Chapter 11**

**ATLANTICA NY YACHT CRUISES, INC., et al.,**:          **Case No: 05-17047 (SMB)**
                                                                                **(Jointly Administered)**
                         **Debtors.**                        :
-------------------------------------- x

12. The Debtors also seek the Court's direction that a notation substantially similar to the following notation be entered on the docket of each of the Debtors' cases to reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Atlantica NY Yacht Cruises, Inc., VIP Yacht Cruises, Inc., DMV International Yachts, Inc. and Camelot/DMV, Inc. The docket in Case No. 05-17047(SMB) should be consulted for all matters affecting this case.

13. Finally, the Debtors seek authority to file the monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidated or other basis that the Debtors determine, after consultation with the U.S. Trustee. The Debtors submit that this would further administrative economy and efficiency without prejudice to any party in interest and that the reports would accurately reflect the Debtors' consolidated business operations and financial affairs.

## **NOTICE AND NO PRIOR APPLICATION**

14. No trustee, examiner, or creditors' committee has been appointed in these Chapter 11 cases. Notice of this motion has been given to the Office of the United States Trustee. Due to of the administrative nature of the relief requested herein, the Debtors submit that no other notice need be given.

15. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

## **MEMORANDUM OF LAW**

16. The Debtors submit that the relevant legal authorities are set forth herein and, accordingly, the requirement contained in Rule 9013-1(b) of the Local Bankruptcy Rules for the Southern District of New York that a separate memorandum of law be submitted, is satisfied.

**WHEREFORE**, the Debtors respectfully request the Court grant the Debtors' motion for joint administration of these Chapter 11 cases for procedural purposes only and such other and further relief as is just and proper.

Dated: New York, New York
       September 6, 2005

                                        TODTMAN, NACHAMIE, SPIZZ
                                                & JOHNS, P.C.
Proposed Co-Counsel to Debtors and
 Debtors-In-Possession
**Atlantica NY Yacht Cruises, Inc., VIP
 Yacht Cruises, Inc., DMV
 International Yachts, Inc.** and
 **Camelot/DMV, Inc.**

By:    s/Arthur Goldstein
      Barton Nachamie (BN-6732)
      Arthur Goldstein (AG-8735)
      Jill L. Makower (JM-4842)
425 Park Avenue
New York, New York 10022
(212) 754-9400